UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

November 5, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12MJ00289-GGH-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| ALBERT LEE MITCHELL, ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __ALBERT LEE MITCHELL__ , Case No. _

_2:12MJ00289-GGH-1_ , Charge __18USC § 2256(2)__ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

        ___    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other)     __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _November 5, 2012_ at _2:00 pm_ .

By    _/s/ Gregory G. Hollows_

Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court